No. 82–1040. NORTH RIVER INSURANCE CO. *v.* WHITMAN, SHERIFF, BIENVILLE PARISH, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 82–1043. KELSAW *v.* UNION PACIFIC RAILROAD CO. C. A. 9th Cir. Certiorari denied.

No. 82–1045. NEWTON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–1048. MORIAL *v.* COUNCIL OF THE CITY OF NEW ORLEANS ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 82–1049. ERWIN *v.* TEXAS. Ct. App. Tex., 10th Sup. Jud. Dist. Certiorari denied.

No. 82–1056. MARSHALL FIELD & CO. *v.* ALLEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1058. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* CONNECTICUT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–1061. BEGASSAT *v.* COSMOPOLITAN NATIONAL BANK OF CHICAGO, AS TRUSTEE UNDER TRUST NO. 13199, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–1062. ARMSTRONG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–1063. COOK *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.